ACCEPTED
14-18-00003-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/14/2018 11:24 AM
CHRISTOPHER PRINE
CLERK



**CRAIN CATON & JAMES**

TELEPHONE: 713.658.2323
FACSIMILE:713.658.1921
DIRECT LINE:713.752.8672

C. Henry Kollenberg
*Shareholder*

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
SINCE 1912

17TH FLOOR
FIVE HOUSTON CENTER
1401 MCKINNEY STREET
HOUSTON, TEXAS 77010-4035

EMAIL:
hkollenberg@craincaton.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/14/2018 11:24:57 AM
CHRISTOPHER A. PRINE
Clerk

May 14, 2018

Mr. Christopher A. Prine                    *Via efiling*
Clerk, Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

        Re:    No. 14-18-00003-CV; *In the Estate of Amjad "A.J." Sultan, Deceased*

Dear Mr. Prine:

        The undersigned will present argument on behalf of Appellee in the above-referenced matter. Please note the appearance of myself and David Polsinelli as additional counsel for Appellee. Our information is:

                C. Henry Kollenberg
                hkollenberg@craincaton.com
                State Bar No. 11667800
                David A. Polsinelli
                dpolsinelli@craincaton.com
                State Bar No. 24088238
                Crain, Caton & James, P.C.
                1401 McKinney St., Suite 1700
                Houston, TX 77010
                (713) 658-2323
                (713) 658-1921 (fax)


                Very truly yours,

                /s/ C. Henry Kollenberg
                C. Henry Kollenberg

May 14, 2018
Page 2


cc:     James Eloi Doyle
        jdoyle@drhrlaw.com
        Andrea L. Barr
        abarr@hrdrlaw.com
        Doyle, Restrepo, Harvin & Robbins, LLP
        440 Louisiana, Suite 2300
        Houston, Texas  77002
        *Attorneys for Appellant*

        Darlene Payne Smith      (Firm)